■ In the Matter of LOUIS E. KLEIMAN (Admitted as LOUIS EDWIN KLEIMAN), a Disbarred Attorney. [776 NYS2d 462]—Reinstatement denied. Concur—Sullivan, J.P., Lerner, Friedman, Marlow and Gonzalez, JJ.